# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-462
LT Case Nos. 16-2014-CF-010818-AXXX
16-2014-CF-010816-AXXX
16-2015-CF-002627-AXXX

_____

TYRIQUE JACQUAN MORGAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

Mark S. Barnett, of The Barnett Law Firm, PLLC, Jacksonville,
for Appellant.

Ashley Moody, Attorney General, and Damaris E. Reynolds,
Assistant Attorney General, Tallahassee, for Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____